| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Catherine A. Becker**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–5798**<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing)<br>First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_<br>EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   **Northern District of Illinois** | Date case filed for chapter **7   3/12/19** |
| Case number:  **19–06729** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Catherine A. Becker | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 233 E. Streamwood Blvd.<br>Streamwood, IL 60107 | |
| **4.** | **Debtor's attorney**<br>Name and address | James Engel<br>2071 Irving Park Road<br>Hanover Park, IL 60133 | Contact phone 630 837–8045<br>Email:  jengel2001@sbcglobal.net |
| **5.** | **Bankruptcy trustee**<br>Name and address | Frances Gecker<br>1327 W. Washington Boulevard<br>Suite 5G–H<br>Chicago, IL 60607 | Contact phone 312–276–1400<br>Email: fgecker@fgllp.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 3/13/19 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 26, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/25/19** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 19-06729-LAH
Catherine A. Becker                                                     Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1         User: bchavez                Page 1 of 2                  Date Rcvd: Mar 13, 2019
                             Form ID: 309A                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db            +Catherine A. Becker,    233 E. Streamwood Blvd.,    Streamwood, IL 60107-1439
27631595      +Advanced Disposal,    PO Box 74008053,   Chicago, IL 60674-8053
27631596      +Advanced Physical Medicine,    c/o Keynote Consulting,    220 W. Campus Dr.,
               Arlington Heights, IL 60004-1485
27631597       Advocate Medical Group,    c/o United recovery Service,    18525 Torrence Av.,
               Lansing, IL 60438
27631598      +Amita Health,    c/o Malcolm S. Gerald,    111 W. Washington St.,    Chicago, IL 60602-2703
27631599      +Associated Allergists,    c/o Certified Services, Inc.,    1300 N. Skokie Hwy.,
               Gurnee, IL 60031-2125
27631600      +BMO Harris,    PO Box 2035,    Milwaukee, WI 53201-2035
27631603      +Central DuPage Hospital,    c/o Grant & Weber,    5586 S. Fort Apache Rd.,
               Las Vegas, NV 89148-7682
27631605      +Central DuPage Physicians,    c/o Grant & Weber,    5586 S. Fort Apache Rd.,
               Las Vegas, NV 89148-7682
27631602      +Central DuiPage Hospital,    c/o Grant and Weber,    5586 S. Fort Apache Rd.,
               Las Vegas, NV 89148-7682
27631606      +Chrysler Capital,    PO Box 660335,    Dallas, TX 75266-0335
27631609      +Mr. Cooper,    8950 Cupress Waters Blvd.,    Coppell, TX 75019-4620
27631610      +Navient,    PO Box 4450,    Portland, OR 97208-4450
27631612      +Northwestern Medicine,    PO Box 4090,   Carol Stream, IL 60197-4090
27631611      +Northwestern Medicine,    c/o Harris & Harris,    111 W. Jackson Blvd.,    Chicago, IL 60604-3589
27631616      +Steven T. Adelstein LTD,    c/o American Credit Systems,    400 W. Lake Street,
               Roselle, IL 60172-3574
27631618      +The Oaks Improvement Assn,    c/o Keough & Moody,    114 Em Van Buren,
               Naperville, IL 60540-5183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: jengel2001@sbcglobal.net Mar 14 2019 02:24:19     James Engel,
               2071 Irving Park Road,   Hanover Park, IL  60133
tr            +EDI: QFGECKER.COM Mar 14 2019 06:03:00      Frances Gecker,    1327 W. Washington Boulevard,
               Suite 5G-H,   Chicago, IL 60607-1912
27631601      +E-mail/Text: compliance@sentrycredit.com Mar 14 2019 02:27:21      Capital One,
               c/o Sentry Credit, Inc.,   PO Box 12070,    Everett, WA 98206-2070
27631607      +E-mail/Text: bankruptcydepartment@tsico.com Mar 14 2019 02:27:12      Core Orthopedics & Sports,
               c/o Transworld Systems,   500 Virgina Dr.,    Fort Washington, PA 19034-2707
27631608      +EDI: RCSFNBMARIN.COM Mar 14 2019 06:03:00      Credit One Bank,    PO Box 98872,
               Las Vegas, NV 89193-8872
27631613      +E-mail/Text: abcrecoveryinc@aol.com Mar 14 2019 02:26:11      Physicians Sports Injury Ctr.,
               c/o ABC Credit & Recovery,    4736 Main St.,   Lisle, IL 60532-1753
27631614      +EDI: CCS.COM Mar 14 2019 06:03:00      Quest Diagnostics,    c/o Credit Collection Services,
               PO Box 55126,    Boston, MA 02205-5126
27631615      +E-mail/Text: jennifer.chacon@spservicing.com Mar 14 2019 02:27:34      SPS Servicing,
               PO Box 65250,   Salt Lake City, UT 84165-0250
27631617      +EDI: PRA.COM Mar 14 2019 06:03:00      Synchrony Bank,    c/o Portfolio Recovery Associates,
               PO Box 12914,   Norfolk, VA 23541-0914
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27631604*     +Central DuPage Hospital,    c/o Grant & Weber,    5586 S. Fort Apache Rd.,
               Las Vegas, NV 89148-7682
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Mar 13, 2019
                              Form ID: 309A              Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
          Frances   Gecker    fgecker@fgllp.com,  fgecker@ecf.epiqsystems.com;csmith@fgllp.com
          James   Engel    on behalf of Debtor 1 Catherine A. Becker jengel2001@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```