IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CATHERINE A. BECKER, | ) | NO.: 19-06729 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: LASHONDA A. HUNT |
| | ) | |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON April 10, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, U.S. Bankruptcy Judge, 219 S. Dearborn St., Room 719, Chicago, Illinois 60604, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on March 29, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

/s/Dana  O'Brien
Dana  O'Brien
ARDC# 6256415

1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## **NOTICE OF MOTION ADDRESSES**

To Trustee: *by Electronic Notice through ECF*
Frances Gecker
1327 W. Washington Boulevard
Suite 5G-H
Chicago, IL 60607

To Debtor: *Served via U.S. Mail*
Catherine A. Becker
3101 Lynnwood Ct
Streamwood, Il 60107

Catherine A. Becker
233 E. Streamwood Blvd
Streamwood, IL 60107

To Attorney: *by Electronic Notice through ECF*
James Engel
2071 Irving Park Road
Hanover Park, IL 60133

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| CATHERINE A. BECKER, | ) | NO.: 19-06729 |
| | ) | |
| Debtor, | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: LASHONDA A. HUNT |
| | ) | |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Nationstar Mortgage LLC d/b/a Mr. Cooper by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 3101 Lynnwood Ct, Streamwood, Illinois 60107 be Modified stating as follows:

1. On March 12, 2019, the above captioned Chapter 7 was filed.

2. Nationstar Mortgage LLC d/b/a Mr. Cooper services the first mortgage lien on the property located at 3101 Lynnwood Ct, Streamwood, Illinois 60107.

3. The debt is based on a April 24, 2014, Mortgage and Note in the original sum of $93,200.00.

4. As of March 26, 2019 the funds necessary to pay off Nationstar Mortgage LLC d/b/a Mr. Cooper on the above captioned account were approximately $96,642.87. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. The Debtor's schedules list the fair market value of said property at $105,000.00. According to the Debtor's schedules, there are other liens on the property totaling $20,953.46.

5. The account is currently due and owing to Nationstar Mortgage LLC d/b/a Mr. Cooper for the June 2018 current mortgage payment and those thereafter.

6. Attorney's fees and costs for this motion are due in the amount of $931.00.

7. The Debtor's mailing address is different from 3101 Lynnwood Ct, Streamwood, Illinois 60107.

8. The Debtor has no equity in the property located at 3101 Lynnwood Ct, Streamwood, Illinois 60107 for the benefit of unsecured creditors.

9. Nationstar Mortgage LLC d/b/a Mr. Cooper continues to be injured each day it remains bound by the Automatic Stay.

10. Nationstar Mortgage LLC d/b/a Mr. Cooper is not adequately protected.

11. The property located at 3101 Lynnwood Ct, Streamwood, Illinois 60107 is not necessary for the Debtor's reorganization.

12. The Debtor has scheduled an intention to surrender the property.

13. Nationstar Mortgage LLC d/b/a Mr. Cooper directly or through an agent, has possession of the promissory note and held the note at the time of filing of the Movant's Motion for Relief from the Stay.

14. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and for such other relief as this Court deems just.

Nationstar Mortgage LLC d/b/a Mr. Cooper

McCalla Raymer Leibert Pierce, LLC

By:     */s/Dana O'Brien*

Dana O'Brien
Illinois Bar No. 6256415
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088
Fax: (312) 551-4400
Email:
ILpleadings@mrpllc.com