UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-06729 |
| CATHERINE A. BECKER, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

     This cause coming to be heard on the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

  IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Nationstar Mortgage LLC d/b/a Mr. Cooper and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 3101 Lynnwood Ct, Streamwood, Illinois 60107.

  Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

  Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter:

*/s/ LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  April 10, 2019

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL  60602
(312) 346-9088